United States District Court
Southern District of Texas
**ENTERED**
March 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HITCHCOCK INDEPENDENT SCHOOL DISTRICT, | § § § | |
| VS. | § § | CIVIL ACTION NO. 3:20-CV-00125 |
| ARTHUR J. GALLAGHER & CO., ET AL. | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On September 1, 2020, the defendants' motion to dismiss (Dkt. 13) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 20. On February 26, 2021, Judge Edison filed a memorandum and recommendation (Dkt. 22), recommending that the defendants' motion to dismiss (Dkt. 13) be granted.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 22) is approved and adopted in its entirety as the holding of the court;

(2) The defendants' motion to dismiss (Dkt. 13) is granted; and

(3) A final judgment will be entered separately, dismissing this case.

2

Signed on Galveston Island this the 22nd day of March, 2021.

                                                                          _____
                                                                          JEFFREY VINCENT BROWN
                                                                          UNITED STATES DISTRICT JUDGE