United States District Court
Southern District of Texas
**ENTERED**
March 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HITCHCOCK INDEPENDENT SCHOOL DISTRICT, | § § § | |
| VS. | § § | CIVIL ACTION NO. 3:20-CV-00125 |
| ARTHUR J. GALLAGHER & CO., ET AL. | § § § | |

**FINAL JUDGMENT**

Pursuant to the court's order adopting the Magistrate Judge's Memorandum and Recommendation, this case is dismissed.

**This is a final judgment.**

The Clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this the 22nd day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE